**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00830-CR

### EX PARTE JOSE AMAYA

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX11-90031-R**

## ORDER

The Court **GRANTS** appellant's July 29, 2013 motion to extend time to file his brief only to the extent that we **ORDER** appellant to file his brief by **AUGUST 15, 2013**. The State's brief is due by **AUGUST 30, 2013**.

The appeal remains set for submission on September 13, 2013.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/      DAVID L. BRIDGES
            PRESIDING JUSTICE